## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

*IN RE:*                                                                           *CASE NO.: 6:10-BK-8788-ABB*
*POLEN, CHARLES*
*POLEN, ALICIA ANNETTE*
   *Debtors                     /*

## MOTION FOR AUTHORITY TO REDEEM
## PERSONAL PROPERTY AND APPROVAL OF ASSOCIATED FINANCING
## AND ATTORNEY FEES UNDER 11 U.S.C 722
## Re: FAIRWINDS CREDIT UNION

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

     Pursuant to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within twenty (20) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of Court at 135 W. Central Blvd., Suite 950, Orlando, Fl 32801; and serve a copy on the Debtor's attorney, The Law Office of Chmari L. Anderson, Attn: Chmari L. Anderson, P.O. Box 3604, Orlando, FL 32802.

     If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing and may grant the relief requested.

---

     COME NOW the Debtors, Charles & Alicia Polen, by and through their undersigned counsel, and move this Honorable Court pursuant to 11 U.S.C. 722 and Bankruptcy Rule 6008 for a Redemption Order on the following grounds:

1.    The item to be redeemed is tangible personal property intended primarily for personal, family or household use is more particularly described as follows:

    ***2005 Ford F150 Supercrew-Xltsb VIN: 1FTPW12585FB54441***

2.    The interest of the Debtors in such property is exempt or has been abandoned by the estate and the debt) which is secured by said property to the extent of the allowed secured claim of the creditor) is a dischargeable consumer debt.

3.    The allowed secured claim of FAIRWINDS CREDIT UNION (hereafter "Creditor") for purposes of redemption, the "redemption value", should be determined to be not more than $9,696.00

4.    Arrangements have been made by the Debtors to pay to the said Creditor up to the

    aforesaid amount in a lump sum should this motion be granted.

5.     The payment for this proposed redemption is to be financed through U.S. Bank N.A., with all of the particulars of that financing (interest rate, finance charge, amount financed, total of payments, amount of payments, etc.) set forth in full detail in the attachment hereto. As demonstrated there, the monthly amount, term of the payments and the overall amount of the repayment will be decreased significantly through the proposed redemption. Moreover, the Debtor has agreed to borrow and disperse additional funds in the amount of $600.00 from their loan with U.S. Bank N.A., for representation of the debtors in securing for the benefit of the debtors an order granting the debtors the right to redeem under 11 U.S.C. 722 a certain motor vehicle, such compensation being in addition to that previously disclosed and being for services rendered beyond the scope of the legal services to have been rendered for such compensation heretofore disclosed.

WHEREFORE, Debtors request the Court to order the Creditor, Fairwinds Credit Union, to accept from the Debtors the lump sum payment of the redemption value and release their lien of record. In the event the said Creditor objects to this motion, the Debtors request the Court to determine the value of the property as of the time of the hearing on such objection

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been provided by electronic transmission or U.S. Mail to Gene T. Chambers, P.O. Box 533987, Orlando, FL 32853; U.S. Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801; Fairwinds Credit Union, c/o Officer, Manager or Registered Agent, 3075 N. Alafaya Trail, Orlando, FL 32826 and to the Debtors, 7477 Groveoak Drive, Orlando, FL 32810 on this 29th day of June 2010.

    /s/CHMARI L. ANDERSON
    The Law Office of Chmari L. Anderson
    CHMARI L. ANDERSON
    Florida Bar No. 58136
    P.O. Box 3604
    Orlando, FL 32802
    (407)702-5818
    Fax: (407)894-4147
    Attorneys for Debtor