UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                                                    CASE NO.: 6:10-BK-8788-ABB
POLEN, CHARLES
POLEN, ALICIA ANNETTE
_____Debtors_____/

ORDER GRANTING
MOTION FOR AUTHORITY TO REDEEM
PERSONAL PROPERTY AND APPROVAL OF ASSOCIATED FINANCING
AND ATTORNEY FEES UNDER 11 U.S.C 722
Re: FAIRWINDS CREDIT UNION
(DOC NO. 13)

THIS CASE came on for consideration on the Debtors' Motion for Authority to Redeem Personal Property and Approval for Associated Financing and Attorney Fees Under 11 U.S.C. 722 Re: Fairwinds Credit Union (hereafter "Creditor"). The court having noted the contents of the motion and there having been no responsive filing or objection within the time required, the Court finds as follows:

1. The tangible personal property described below is intended primarily for personal, family or household use of the debtors

   *2005 Ford F150 Supercrew-Xltsb VIN: 1FTPW12585FB54441*

2. The debt owing the Creditor is a dischargeable consumer debt and the Debtors interest in such property is exempt or has been abandoned by the estate.

3. The allowed secured claim of FAIRWINDS CREDIT UNION for purposes of redemption, the "redemption value", is $9,696.00.

   IT IS HEREBY ORDERED that,

1. That the Debtors may redeem the subject property by paying to the Creditor on or before the Thirtieth (30th) day following the entry of this Order the redemption amount.

2. Reasonable attorney fees and financing are approved under the terms and conditions set forth herein.

3. Upon timely receipt of such payment, the Creditor is ordered to cancel its lien of record and surrender the certificate of title in accord with the Debtors instruction.

4. In the event of the failure of the Creditor to so cancel its lien within seven (7) days after payment of the aforesaid lump sum pursuant to the entry of this Order, then this Order shall serve as an authorization for the said lien as well as cancellation of all liens subordinate to senior lien holder to be canceled, and it is Ordered that the applicable County Clerk's Office shall cancel same of record.

5. In the event of the failure of the Debtors to pay the redemption amount within such time frame, the automatic stay shall immediately terminate.

DONE AND ORDERED on this 9th day of August, 2010.

_____
ARTHUR B. BRISKMAN
U. S. Bankruptcy Judge

Copies to:
Chmari Anderson, via electronic transmission
Gene T. Chambers, P.O. Box 533987, Orlando, FL 32853;
U.S. Trustee, 135 W. Central Blvd., Suite 620, Orlando, FL 32801;
Fairwinds Credit Union, c/o Officer, Manager or Registered Agent, 3075 N. Alafaya Trail, Orlando, FL 32826;
Debtors, 7477 Groveoak Drive, Orlando, FL 32810