# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

In re:                                                                  Case No. 6:10−bk−08788−ABB
                                                                        Chapter 7

Charles Polen
7477 Groveoak Drive
Orlando, FL 32810


Alicia Annette Polen
fka Alicia Annette Troublefield
7477 Groveoak Drive
Orlando, FL 32810

_____    Debtor(s)    _____/

## ORDER CONDITIONALLY DENYING
## REAFFIRMATION AGREEMENT

This case came on for consideration upon the filing of a Reaffirmation Agreement between the debtor(s) and Credit Acceptance Corporation . Doc No. 16 . The Reaffirmation Agreement is not in compliance with Title 11 U.S.C. Section 524(c) of the Bankruptcy Code and cannot be approved by the Court. Accordingly it is:

ORDERED:

1. Pursuant to Bankruptcy Rule 4008 and Section 524(m) of the Bankruptcy Code, if the debtor(s) oppose the entry of an order denying the Reaffirmation Agreement, the debtor(s) must file the completed form titled "Reaffirmation Agreement Explanation" available at the Court's website (www.flmb.uscourts.gov) and include current Schedules I and J.

2. If the debtor(s) do *not* file appropriate documents with the Court within 21 days of the entry of this order, the Reaffirmation Agreement is denied without further notice of hearing.

3. If the debtor(s) *do* file timely documents, the Court will review the pleadings and either set a hearing or enter an appropriate order.

DONE AND ORDERED on August 10, 2010 .

_____
Arthur B. Briskman
United States Bankruptcy Judge